IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BULLSEYE INTERNATIONAL, L.L.C., | ) |
| Plaintiff, | ) Case No.: 4:20-cv-1351 |
| v. | ) |
| NATIONAL INTERSTATE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Bullseye International, LLC, and Defendant, National Interstate Insurance Company, that Plaintiff's Complaint, all amendments thereto, and all claims and causes of action contained therein, be and hereby is, dismissed with prejudice, with each party to bear its own attorney's fees and court costs, and no attorney's fees or costs to be awarded against any party.

Respectfully submitted,

| | |
|---|---|
| **UTHOFF, GRAEBER, ROBINETTE & BLANKE** | **BUCKLEY & BUCKLEY, LLC** |
| /s/ Richard B. Blanke | s/ Martin J. Buckley |
| Richard B. Blanke #28675MO | Martin J. Buckley, #37000MO |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| 906 Olive Street, Suite 300 | 800 Market St., Suite 2900 |
| St. Louis, MO 63101 | St. Louis, Missouri 63101 |
| Telephone: 314-621-9550 | Telephone: 314-621-3434 |
| Facsimile: 314-621-2697 | Facsimile: 314-621-3485 |
| rblanke@ugbblaw.com | mbuckley@buckleylawllc.com |